Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8308
Baltimore, MD 21201

**Case No.:   07−15981   Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Steven Gebo | Pamela Sue Gebo |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 5745 Forest Grove Rd. | 5745 Forest Grove Rd. |
| Parsonsburg, MD 21849 | Parsonsburg, MD 21849 |
| Social Security No.:   xxx−xx−6700 | xxx−xx−3753 |
| Employer's Tax I.D. No.: | |

 Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 6/29/07

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Michael G. Rinn is discharged as trustee of the estate of the above−named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 4/8/08

*Duncan W. Keir*
U.S. Bankruptcy Judge